U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   JAN 2 5 2008

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

UNITED STATES OF AMERICA

VS.

ROBERT DIXON

*Criminal*

CASE NO.# 00-115 R (3)

## MOTION FOR RECONSIDERATION
## FOR UNFORESEEN CIRCUMSTANCES

COMES NOW, Robert P. Dixon Jr., Reg. No. 26529-034, filing this Motion For Reconsideration For Unforeseen Circumstances to reconsider my consecutive sentence for the following:

I don not know if this is the proper vehicle and/or avenue to seek what I need, so, I am asking that the Court bear with me.

Your Honor, I am in need of more halfway house time because of the predicament I'm left in. Hurricane Katrina has destroyed my home and now I have no place to stay. I am in need of more than six (6) months in the halfway house, to at least get a new start on my life. I asking that you reconsider and give me those eight (8) months I was sentenced to serve consecutively and serve those eight months in the halfway house. This is asked because I need to find a place to live and save money in order to lift my quality of life.

I have earned three (3) Associate Degrees during my incarceration from Texarkana College: Computer Drafter, Computer Technician-A+ Certified, and Welding. In addition, I have completed my Bachelor Degree in Criminal Justice from the University of St. Thomas where

TENDERED FOR FILING

JAN 25 2008

U.S. DISTRICT COURT
Eastern District of Louisiana

____ Fee_____
____ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
Doc. No._____

I graduated from in 1996. Further, I have earned a Certificate for Corel Draw 12, which is equivalent to ninety (90) credited hours, also, I have earned a Cetificate in Blueprint Reading.

I have goals and a path. I just do not have the means to achieve them presently. I'm also in the final stages of drafting a resume so I can send it to employers whom are willing to hire a convicted felon. I believe sincerely if given a chance to, I could find a job in the path or avenue of Computer Drafting and Computer Technician. I have worked in the Facilities Department of both institutions I have done time at under the Engineer Tech's office. Which consists of project management and Computer Drafting. I have re-designed offices, dormitories and entire bathroom areas. I just need and desire a real chance. Especially, since any chance to better myself is real. Any help and/or assistance is greatly appreciated.

I do not have a sad situation, but a situation where I'm trying to better myself and I'm reaching out the only way I know how. I must fulfill the goals I have set for myself. And please, I'm not subliminally saying that if you don't assist or help me that I won't achieve the goals I have set for myself. I <u>will</u> do this regardless of your decision. I am just trying to further solidify my footing in the real world once I am released.

Respectfully submitted,

Robert P. Dixon Jr.                    X
Reg. No. 26529-034
FCI Elkton, AB
8730 Scroggs Rd.
Elkton OH 44415

TENDERED FOR FILING

FEB - 8 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Robert P. Dixon Jr.
Reg. No. 26529-034, AB
Federal Corrections Institution Elkton
8730 Scroggs Road
Elkton Ohio 44415

YOUNGSTOWN OH 445
22 JAN 2008 PM 1 T

701304-3357

U.S. DISTRICT COURT
NEW ORLEANS DIVISION
CLERK'S OFFICE
500 POYDRAS, RM. C-151
NEW ORLEANS LA 70130