## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 00-115** |
| **ROBERT DIXON** | **SECTION "R"** |

## ORDER

The Court is in receipt of defendant's motion for reconsideration for unforeseen circumstances.

IT IS ORDERED that the motion is set for hearing on March 19, 2008 without oral argument.

Memorandum in opposition to be filed no later than March 11, 2008.

New Orleans, Louisiana, this   20th   day of February, 2008.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**