UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        *      CRIMINAL NO. 00-115

              v.                 *      SECTION:  "R"

ROBERT DIXON                     *

                          *    *    *


GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO
EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION
FOR RECONSIDERATION DUE TO UNFORESEEN CIRCUMSTANCES

   **NOW INTO COURT** comes the United States of America, appearing
by and through the undersigned Assistant United States Attorney,
and with respect requests an extension of time to respond to the
motion of defendant, Robert Dixon, seeking "reconsideration for
unforeseen circumstances."  In the motion, defendant seeks
additional halfway house time because of the loss of his home as
a result of Hurricane Katrina.

   The sentence of Robert Dixon is scheduled to be reviewed by
the screening "triage" committee within the next week to two
weeks to determine whether he is eligible for a reduction in
sentence pursuant to 18 U.S.C. § 3582 due to the retroactive
reduction in the base offense level under the Sentencing
Guidelines for crack cocaine offenses.  If it is determined that

1

Mr. Dixon is eligible for a reduction and if the Court grants a reduction in sentence that would make the defendant eligible for release at an earlier date than March 24, 2010, the date currently reported by the Bureau of Prisons as his release date, the matter of housing for Mr. Dixon subsequent to his release from the halfway house can be brought to the attention of the United States Probation Office so that Mr. Dixon can be assisted in finding a public housing placement or some other assistance in locating housing.

The government, therefore, requests an extension of time to May 12, 2008, to respond to the defendant's motion. Gary Schwabe of the Federal Public Defender's Office, who has been appointed to represent Dixon in the screening process to determine eligibility for a reduction under 18 U.S.C. § 3582, has been contacted about this motion and he has no objection to an extension of time to respond.

**WHEREFORE,** for the aforementioned reasons, the government hereby requests an extension of time until May 12, 2008, to file its response to the motion of Robert Dixon for "reconsideration for unforeseen circumstances."

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/S/ Maurice Landrieu
MAURICE LANDRIEU, Bar #22104
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, LA  70130
Telephone: (504) 680-3015

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  A copy of this motion has been emailed to Gary Schwabe of the Federal Public Defender's Office.  Because the defendant filed this motion pro se, undersigned counsel certifies that a copy also has been sent to Robert P. Dixon, Jr., Reg. No. 26529-034, FCI Elkton, AB, 8730 Scroggs Rd., Elkton, OH  44415, by U.S. Postal Service, postage prepaid.

/s/ Maurice Landrieu
MAURICE LANDRIEU