**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-115 |
| v. | * | SECTION: "R" |
| ROBERT DIXON | * | |

\* \* \*

**O R D E R**

Considering the foregoing motion, for the reasons stated therein;

**IT IS ORDERED** that the government's request for an extension of time until May 12, 2008, to respond to the motion of Robert Dixon for reconsideration for unforeseen circumstances, is **GRANTED**.

New Orleans, Louisiana, this _____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE