UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL NO. 00-115

    v.    *    SECTION: "R"

ROBERT DIXON    *

    *   *   *

**O R D E R**

Considering the foregoing motion, for the reasons stated therein;

**IT IS ORDERED** that the government's request for an extension of time until May 12, 2008, to respond to the motion of Robert Dixon for reconsideration for unforeseen circumstances, is **GRANTED**.

New Orleans, Louisiana, this __18th__ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE