Eastern District of Louisiana
FILED APR 21 2008
LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-115 |
| VS. | SECTION: "R" |
| ROBERT DIXON | |

### MOTION TO RESPOND

COMES NOW, Robert Dixon, Defendant, replying to the government response, for the following:

The Defendant has requested the extra two (2) months in the halfway house because the Defendant is not leaving anything to chance when it comes to his relocation. Defendant comprehends the state of the outside world presently, especially within the U.S. Being that Defendant already has a strike against him and the burden that is placed on the U.S. Probation Officer to watch over the Defendant encompassing their substantial and now exponential workload. The Defendant is trying to help himself. The Defendant knows he has no where to live upon his release, so the Defendant has requested the Court to grant him his entire consecutive sentence within the halfway house.

Defendant knows what he has requested by keenly observing the attrition of other inmates whom were not prepared or weren't prepared enough to comprehend their plight before and after being released. Defendant is being proactive and assertive in attempting to get a job and then saving enough money to find himself a place to stay.

In conclusion, the Defendant does not desire nor wish to place the burden on the U.S. Probation Office with finding him public housing "...or some other assistance in locating housing."

___Fee_____
___Process___
_X_Dktd_____
_X_CtRmDep__
Doc. No.____

as the government responded. The Defendant is requesting the Court give him only two (2) months extra in the halfway house, not full freedom. Significantly, since the unforeseen circumstance of Hurricane Katrina, the flood and family displacement. The Defendant seeks to better help and assist himself, not count on others whom are already over-burdened. Finally, the Defendant needs to admonish the Court that he has relocated to the Washington, D.C. area upon his release from incarceration. The Defendant does not have any place to stay in New Orleans since his entire family was displaced and still are.

   Please take into account that the Defendant is filing this motion pursuant to <u>Haines v. Kerner</u>, 404 U.S. 519, 30 L.Ed.2d 652 (1972) precedent.

                              Respectfully submitted,

                              /s/ Robert P. Dixon Jr.
                              Robert P. Dixon Jr.
                              Reg. No. 26529-034, AB
                              FCI ELkton
                              P.O. Box 10
                              Lisbon, Ohio 44432
                              March 20, 2008

NAME M/s. A.P. Dixon Sr.
REG.# 26529-034, AB
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

U.S. District Court
Eastern Dist. of LA
Clerk's Office
500 Poydras St., Rm. C-151
New Orleans LA 70130

70130-3367