```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO: 00-115

ROBERT DIXON                                  SECTION: R(3)
```

## ORDER AND REASONS

Before the court is Defendant Robert Dixon's Motion for Reconsideration For Unforeseen Circumstances.  On June 14, 2000, this Court sentenced Dixon to a term of eight months imprisonment for failure to surrender to begin serving his sentence, in violation of 18 U.S.C. § 3146(a)(2). (R. Doc. 10).  The Court ordered the sentence to run consecutively to the 135-month term of imprisonment imposed in the United States District Court, Eastern District of Louisiana, under Docket No. 99-188. (R. Doc. 10).  Defendant now requests that he be allowed to serve his eight-month sentence in a halfway house since he asserts that he needs more than six months in the halfway house to "get a new

start on [his] life." (R. Doc. 15).

The Court has jurisdiction to modify a defendant's sentence in the following three circumstances: (1) when the court receives a motion from the Director of the Bureau of Prisons Indicating that there are extraordinary and compelling reasons warranting a reduction and that reduction is consistent with the applicable policy statements issued by the Sentencing Commission; (2) when the Court acts within seven days after the sentence is imposed, pursuant to Rule 35(c) of the Federal Rules of Criminal Procedure, to correct an arithmetical, technical, or other clear error in the sentence; and (3) when a defendant has been sentenced to a term of imprisonment based upon a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c); *see also United States v. Bridges,* 116 F.3d 1110, 1112 (5th Cir. 1997).

As none of these circumstances apply here, the Court has no jurisdiction over Dixon's Motion for Reconsideration. Accordingly, the motion is DENIED.

New Orleans, Louisiana, this 6th day of October, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2